# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

132178

BRIAN P. JUDGE,
      Plaintiff-Appellee,

v

JOY L. JUDGE,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132178
COA: 270447
Livingston CC: 04-002382-DO

_____/

On order of the Court, the application for leave to appeal the August 17, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

p1218